# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**PA 1-982-831**

Effective Date of Registration:
March 14, 2016

## Title

| | |
|---|---|
| Title of Work: | London Has Fallen |
| Previous or Alternate Title: | Olympus Has Fallen Sequel |
| Nature of Claim: | original motion picture |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2015 |
| Date of 1st Publication: | March 04, 2016 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| Author: | LHF Productions, Inc. |
| Author Created: | entire film |
| Work made for hire: | Yes |
| Domiciled in: | United States |
| Anonymous: | No |
| Pseudonymous: | No |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | LHF Productions, Inc. |
| | 318 N. Carson St., # 208, Carson City, NV 89701 |

## Limitation of copyright claim

| | |
|---|---|
| Material excluded from this claim: | motion picture screenplay |
| Previously registered: | Yes |
| Previous registration and year: | PAu 3-789-521, 2014 |
| Basis of current registration: | This is a changed version of the work. |
| New material included in claim: | cinematographic material including performance, and all audio and visual elements |

## Certification

| | |
|---|---|
| Name: | Rick Eyler |

**Date:** March 04, 2016

**Correspondence:** Yes



# EXHIBIT B

| No | IP | Port | Hit Date UTC | File Name | File Hash | ISP | Region | City | Province |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 73.247.39.10 | | 2016-06-04 00:06:44 | London.Has.Fallen.2016.1080p.BluRay.6CH.ShAaNiG.mkv | SHA1: F57D4098BC49996D12F0D89858A1284E1FE1DDC7 | Comcast Cable | Illinois | McHenry | DuPage |
| 2 | 98.227.92.194 | | 2016-06-04 00:10:25 | London.Has.Fallen.2016.1080p.BluRay.6CH.ShAaNiG.mkv | SHA1: F57D4098BC49996D12F0D89858A1284E1FE1DDC7 | Comcast Cable | Illinois | Chicago | Cook |
| 3 | 71.201.226.70 | | 2016-06-04 00:16:11 | London.Has.Fallen.2016.1080p.BluRay.6CH.ShAaNiG.mkv | SHA1: F57D4098BC49996D12F0D89858A1284E1FE1DDC7 | Comcast Cable | Illinois | Villa Park | DuPage |
| 4 | 24.14.127.37 | | 2016-06-04 00:37:48 | London.Has.Fallen.2016.1080p.BluRay.6CH.ShAaNiG.mkv | SHA1: F57D4098BC49996D12F0D89858A1284E1FE1DDC7 | Comcast Cable | Illinois | Naperville | DuPage |
| 5 | 73.45.182.242 | | 2016-06-04 00:59:58 | London.Has.Fallen.2016.1080p.BluRay.6CH.ShAaNiG.mkv | SHA1: F57D4098BC49996D12F0D89858A1284E1FE1DDC7 | Comcast Cable | Illinois | Sandwich | DeKalb |
| 6 | 73.72.5.35 | | 2016-06-04 01:16:00 | London.Has.Fallen.2016.1080p.BluRay.6CH.ShAaNiG.mkv | SHA1: F57D4098BC49996D12F0D89858A1284E1FE1DDC7 | Comcast Cable | Illinois | Chicago | Cook |
| 7 | 71.194.148.11 | | 2016-06-04 01:18:18 | London.Has.Fallen.2016.1080p.BluRay.6CH.ShAaNiG.mkv | SHA1: F57D4098BC49996D12F0D89858A1284E1FE1DDC7 | Comcast Cable | Illinois | Carol Stream | Cook |
| 8 | 50.172.232.113 | 54363 | 2016-06-04 01:20:23 | London.Has.Fallen.2016.1080p.BluRay.6CH.ShAaNiG.mkv | SHA1: F57D4098BC49996D12F0D89858A1284E1FE1DDC7 | Comcast Cable | Illinois | Crystal Lake | McHenry |
| 9 | 50.151.21.100 | 25112 | 2016-06-04 01:43:44 | London.Has.Fallen.2016.1080p.BluRay.6CH.ShAaNiG.mkv | SHA1: F57D4098BC49996D12F0D89858A1284E1FE1DDC7 | Comcast Cable | Illinois | Chicago | Cook |
| 10 | 73.45.75.184 | | 2016-06-04 02:03:04 | London.Has.Fallen.2016.1080p.BluRay.6CH.ShAaNiG.mkv | SHA1: F57D4098BC49996D12F0D89858A1284E1FE1DDC7 | Comcast Cable | Illinois | Romeoville | Will |
| 11 | 73.210.78.60 | | 2016-06-04 02:07:39 | London.Has.Fallen.2016.1080p.BluRay.6CH.ShAaNiG.mkv | SHA1: F57D4098BC49996D12F0D89858A1284E1FE1DDC7 | Comcast Cable | Illinois | McHenry | McHenry |
| 12 | 67.165.179.17 | | 2016-06-04 02:11:01 | London.Has.Fallen.2016.1080p.BluRay.6CH.ShAaNiG.mkv | SHA1: F57D4098BC49996D12F0D89858A1284E1FE1DDC7 | Comcast Cable | Illinois | Chicago | Cook |
| 13 | 67.165.150.229 | | 2016-06-04 02:58:25 | London.Has.Fallen.2016.1080p.BluRay.6CH.ShAaNiG.mkv | SHA1: F57D4098BC49996D12F0D89858A1284E1FE1DDC7 | Comcast Cable | Illinois | Joliet | Will |
| 14 | 71.194.160.147 | | 2016-06-04 03:22:41 | London.Has.Fallen.2016.1080p.BluRay.6CH.ShAaNiG.mkv | SHA1: F57D4098BC49996D12F0D89858A1284E1FE1DDC7 | Comcast Cable | Illinois | Aurora | DuPage |
| 15 | 67.184.201.41 | | 2016-06-04 03:39:04 | London.Has.Fallen.2016.1080p.BluRay.6CH.ShAaNiG.mkv | SHA1: F57D4098BC49996D12F0D89858A1284E1FE1DDC7 | Comcast Cable | Illinois | Round Lake | Lake |
| 16 | 98.228.1.118 | | 2016-06-04 04:22:44 | London.Has.Fallen.2016.1080p.BluRay.6CH.ShAaNiG.mkv | SHA1: F57D4098BC49996D12F0D89858A1284E1FE1DDC7 | Comcast Cable | Illinois | Homewood | Cook |
| 17 | 73.209.135.92 | | 2016-06-04 04:33:13 | London.Has.Fallen.2016.1080p.BluRay.6CH.ShAaNiG.mkv | SHA1: F57D4098BC49996D12F0D89858A1284E1FE1DDC7 | Comcast Cable | Illinois | Montgomery | Kendall |
| 18 | 98.212.55.94 | | 2016-06-04 04:44:30 | London.Has.Fallen.2016.1080p.BluRay.6CH.ShAaNiG.mkv | SHA1: F57D4098BC49996D12F0D89858A1284E1FE1DDC7 | Comcast Cable | Illinois | Chicago | Cook |
| 19 | 73.22.213.68 | | 2016-06-04 04:58:46 | London.Has.Fallen.2016.1080p.BluRay.6CH.ShAaNiG.mkv | SHA1: F57D4098BC49996D12F0D89858A1284E1FE1DDC7 | Comcast Cable | Illinois | Algonquin | McHenry |
| 20 | 24.13.176.97 | | 2016-06-04 07:04:55 | London.Has.Fallen.2016.1080p.BluRay.6CH.ShAaNiG.mkv | SHA1: F57D4098BC49996D12F0D89858A1284E1FE1DDC7 | Comcast Cable | Illinois | Schaumburg | Cook |
| 21 | 24.13.46.86 | | 2016-06-04 08:53:25 | London.Has.Fallen.2016.1080p.BluRay.6CH.ShAaNiG.mkv | SHA1: F57D4098BC49996D12F0D89858A1284E1FE1DDC7 | Comcast Cable | Illinois | Mount Prospect | Cook |
| 22 | 73.168.40.118 | | 2016-06-04 09:55:31 | London.Has.Fallen.2016.1080p.BluRay.6CH.ShAaNiG.mkv | SHA1: F57D4098BC49996D12F0D89858A1284E1FE1DDC7 | Comcast Cable | Illinois | Orland Park | Cook |
| 23 | 50.129.238.91 | 16924 | 2016-06-04 12:08:25 | London.Has.Fallen.2016.1080p.BluRay.6CH.ShAaNiG.mkv | SHA1: F57D4098BC49996D12F0D89858A1284E1FE1DDC7 | Comcast Cable | Illinois | Buffalo Grove | Will |
| 24 | 73.208.74.130 | | 2016-06-04 13:58:16 | London.Has.Fallen.2016.1080p.BluRay.6CH.ShAaNiG.mkv | SHA1: F57D4098BC49996D12F0D89858A1284E1FE1DDC7 | Comcast Cable | Illinois | Chicago | Cook |
| 25 | 73.209.209.252 | | 2016-06-04 14:22:20 | London.Has.Fallen.2016.1080p.BluRay.6CH.ShAaNiG.mkv | SHA1: F57D4098BC49996D12F0D89858A1284E1FE1DDC7 | Comcast Cable | Illinois | Carol Stream | DuPage |
| 26 | 98.206.14.34 | | 2016-06-04 14:32:14 | London.Has.Fallen.2016.1080p.BluRay.6CH.ShAaNiG.mkv | SHA1: F57D4098BC49996D12F0D89858A1284E1FE1DDC7 | Comcast Cable | Illinois | Des Plaines | Cook |
| 27 | 50.151.0.164 | 26956 | 2016-06-04 14:56:49 | London.Has.Fallen.2016.1080p.BluRay.6CH.ShAaNiG.mkv | SHA1: F57D4098BC49996D12F0D89858A1284E1FE1DDC7 | Comcast Cable | Illinois | Chicago | Cook |
| 28 | 73.73.184.78 | | 2016-06-04 16:45:00 | London.Has.Fallen.2016.1080p.BluRay.6CH.ShAaNiG.mkv | SHA1: F57D4098BC49996D12F0D89858A1284E1FE1DDC7 | Comcast Cable | Illinois | Westchester | Cook |
| 29 | 73.176.46.94 | | 2016-06-04 17:03:16 | London.Has.Fallen.2016.1080p.BluRay.6CH.ShAaNiG.mkv | SHA1: F57D4098BC49996D12F0D89858A1284E1FE1DDC7 | Comcast Cable | Illinois | Arlington Heights | Cook |
| 30 | 50.179.217.215 | 24499 | 2016-06-04 17:47:32 | London.Has.Fallen.2016.1080p.BluRay.6CH.ShAaNiG.mkv | SHA1: F57D4098BC49996D12F0D89858A1284E1FE1DDC7 | Comcast Cable | Illinois | Glenview | Cook |
| 31 | 73.176.233.131 | | 2016-06-04 17:54:27 | London.Has.Fallen.2016.1080p.BluRay.6CH.ShAaNiG.mkv | SHA1: F57D4098BC49996D12F0D89858A1284E1FE1DDC7 | Comcast Cable | Illinois | Chicago | Cook |