# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

LHF Productions, Inc.

                        Plaintiff,

v.                                                  Case No.: 1:16−cv−09305

                                                  Honorable Gary Feinerman

Does 1−31

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 28, 2016:

      MINUTE entry before the Honorable Gary Feinerman: At Plaintiff's request [12], and because the ISP has not yet responded to the subpoena, the 11/30/2016 status hearing [7] is stricken and re−set for 1/30/2017 at 9:00 a.m. Amended initial status report shall be filed by 1/23/2017. Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.